■ JOHN WALPOLE et al., Appellants, v POLYMER PLASTICS CORP. et al., Respondents. [614 NYS2d 311] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Queens County (DiTucci, J.), dated June 23, 1992, which, after a hearing, granted the motion of the defendants Polymer Plastics Corp. and Vitricon, Inc., to dismiss the complaint for lack of in personam jurisdiction.

Ordered that the order is affirmed, with costs.

The record supports the hearing court's determination that the defendants were not properly served with process. Accordingly, we will not disturb that determination *(see, e.g., Universal Leasing Servs. v Flushing Hae Kwan Rest.,* 169 AD2d 829). Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.